

**DYNAMIC MOTORS**

12199 Seminole Blvd
Largo, FL 33778
727.223.8968

To Whom It May Concern,

We have received a summons for Civil Action No. 8:23-cv-01307.

Included you will find supporting documents to show that the customer, John Quinten Sierra was fully aware the vehicle had a branded title. He was given a CarFax at the time of purchase and signed every page. He was also presented with a disclosure for frame damage, which you will also see that he signed. Please contact me if you need anything else pertaining to this summon.

Regards,

Tiffany Hartzog

Office Manager

## *Arbitration Agreement*

*Creditor's Name and Address*
Dynamic Motors
1945 Sunset Point Rd Ste C
Clearwater, FL 33765

*Customer(s)' Name(s) and Address(es)*
John Quentin Sierra
1731 Townsend st
clearwater, FL 33755

### Please Read this Arbitration Agreement Carefully

**By signing this Arbitration Agreement, I understand and agree that for Claims arising out of or relating to the Transactions described below,**
- **I am giving up my right to go to court;**
- **I am giving up or limiting my rights that might be available in a judicial proceeding such as the right to compel testimony and the right to appeal the decision on such Claims;**
- **I am giving up my rights to join as a class representative or class member in any Class Action or Class Arbitration that I may have against you.**

### *Definitions*

*Arbitration Agreement* refers to this contract mandating Arbitration of Claims arising from or relating to the Transactions described below.

*Arbitration* refers to a way of deciding disputes by a neutral person called an arbitrator. An arbitrator follows less formal procedures than a judge in court does. An arbitrator decides the dispute with a binding award, meaning the award has the same obligatory effect as a decision by a court. A court may enforce an arbitration award, but a court's review of an arbitration award is limited.

*Claims* refer to any and all claims, disputes, or controversies based on contract, tort, statute, or otherwise between you and me about our respective rights, duties, obligations and liabilities arising out of or relating to the Transactions described below. *Claims* also refer to questions about if something is a Claim, how to conduct the Arbitration, and the interpretation of this *Arbitration Agreement*.

*Class Action* refers to a lawsuit involving a large group of people with similar claims against the same persons or companies.

*Class Arbitration* refers to an Arbitration involving a large group of people with similar claims against the same persons or companies.

*You and your* refer to Creditor identified above, its employees, agents, successors, and assigns.

*I and me* refer to any and all individuals and entities identified above as "Customer(s)", their employees, agents, successors, and assigns.

ARBITRATION AGREEMENT - CONSUMER LENDING
Bankers Systems™
Wolters Kluwer Financial Services © 2007

CONLEN 12/19/2007
Initials: _____
Page 1 of 4

*Transactions* refer to:

☒ Any and all past, present, and future transactions and agreements between you and me in which I am or may become obligated to you and all related documents.

☐ The following specific transactions and agreements between you and me and all related documents:

_____
_____
_____
_____
_____

### Agreement to Arbitrate

At your or my election, any Claims between you and me that arise out of or relate to the Transactions are to be decided by neutral, binding Arbitration. Also, to the extent allowed by law, the validity, scope, and interpretation of this Arbitration Agreement is to be resolved by neutral, binding Arbitration.

### Waiver of Class Action and Class Arbitration

If you or I choose to arbitrate a Claim, you and I agree that no trial by jury or by judge and no other judicial proceeding, including Class Action proceedings, take place. You and I also agree that Claims are to be heard and decided by one arbitrator only, only on an individual basis, and not as Class Arbitration.

### Arbitration Providers and Their Rules

For the Arbitration, you or I may choose one of the following arbitration providers with its applicable rules: the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), and the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.adrforum.com). You can get a copy of the rules of these arbitration providers by contacting them or by visiting their respective websites.

### Place of Arbitration and Costs

The Arbitration hearing must be carried out in the federal judicial district where I live, unless you and I agree otherwise. If Arbitration begins, you shall advance any filing, administrative, commencement, service, or case management fees and arbitrator or hearing fees up to a total amount of $ 00.00 _____ . I understand and agree that I may have to repay you later for part or all of the amount you have advanced. Each of us is responsible for the fees of our own attorneys, experts, witnesses, and other costs of Arbitration. The arbitrator may decide, however, who is finally responsible for these fees and costs as provided by law.

### Arbitrator's Authority

The arbitrator must be a lawyer or a former judge. The arbitrator shall follow substantive law in making an award. The arbitrator has the authority to order specific performance, compensatory damages, punitive damages and any other relief allowed by applicable law. Other than the grounds for review under the Federal Arbitration Act, the arbitration award is final and binding on all parties. Any court having jurisdiction may enforce the arbitration award.

### Preservation of Remedies

You or I can do the following without giving up the right to require Arbitration:
- To seek remedies in small claims court for Claims within that court's jurisdiction, unless these Claims are transferred, removed, or appealed to a different court. If so, either you or I can require the transfer of these Claims to Arbitration;
- To seek judicial provisional remedies;
- To exercise self-help remedies and to take measures that do not involve a court or Arbitration, including, but not limited to, setting off against a deposit account and repossessing property; and
- To exercise foreclosure against any real or personal property, collateral, or other security.

### Governing Law

The Federal Arbitration Act (9 U.S.C. § 1 et. seq.) governs this Arbitration Agreement, and not any state law concerning Arbitration, including state law arbitration rules and procedures.

### General Terms

This Arbitration Agreement
- Is made under Transactions involving interstate commerce;
- Is the entire agreement between you and me on Arbitration, replacing all previous written and oral negotiations and agreements between you and me on Arbitration, and it may be changed only by a signed written agreement between you and me.

If any part of this Arbitration Agreement is not enforceable, the rest is enforceable; but if the waiver of class action rights is unenforceable, this entire Arbitration Agreement is unenforceable.

The paragraph headings are solely for convenience and not for interpreting this Arbitration Agreement; therefore, they have no legal meaning.

### Waiver Of Right To Trial By Judge Or By Jury

By signing this Arbitration Agreement, you and I understand and agree that
- You and I have a right to have Claims decided by a trial by judge or by jury, but if you or I so elect, you and I prefer to have them decided by an arbitrator;
- We are obligated by all the Arbitration Agreement terms; and
- We explicitly and knowingly give up our rights to trial by judge or by jury to the extent that you or I elect to have Claims decided by Arbitration, unless the law says otherwise.

> **CAUTION** - I should read this Arbitration Agreement carefully before I sign it. If I do not understand it, I should not sign it; instead, I should ask my attorney to explain it to me.

## Signatures

By signing below, you and I agree to the terms of this Arbitration Agreement. You and I confirm that we have each received a copy of this Arbitration Agreement.

X _[signature]_____   X _____

  John Quentin Sierra           3/1/2021                                      3/1/2021
  _____  _____                _____  _____
                                 (Date)                                        (Date)


X _____   X _____

  _____  _____                _____  _____
                                 (Date)                                        (Date)

Signed _[signature]_ Dynamic Motors _____ for Creditor

ARBITRATION AGREEMENT - CONSUMER LENDING
Bankers Systems™
Wolters Kluwer Financial Services © 2007

Initials: _[initials]_   ARBCONLEN 12/19/2007
Page 4 of 4

# FRAME UNIBODY STRUCTURAL WARNING
# REBUILT TITLE SALVAGE HISTORY WARNING

I JOHN QUENTIN SIERRA Am aware that the vehicle I am purchasing, 2007 DODGE RAM VIN:1D7HA18P87S214049, has or has had STRUCTURAL DAMAGE, and will be on the history of the vehicle.

I JOHN QUENTIN SIERRA Am FULLY AWARE THAT THIS VEHICLE HAS A SALVAGE HISTORY & REBUILTBRANDED TITLE.
I JOHN QUENTIN SIERRA Am aware that I am receiving a discounted price because of the prior STRUCTURAL DAMAGE & PREVIOUS SALVAGE HISTORY AND REBUILT TITLE. I have personally inspected this vehicle and am fully satisfied with the deal that I am receiving.

I JOHN QUENTIN SIERRA am fully satisfied with the transaction and services that took place here at DYNAMIC MOTORS.

I JOHN QUENTIN SIERRA will not hold Dynamic Motors liable and responsible for any transactions that took place in the past and will not hold any complaints against Dynamic Motors in the future.

I JOHN QUENTIN SIERRA Am releasing Dynamic Motors from all the liabilities and further complaints.

03/01/2021

_[signature]_                      Quentin Sierra
Owner's Signature          Owner's Printed Name




**2007 Dodge Ram 1500 SLT / ST**

Quad Cab 4D (4.7L V8 EFI)
VIN: 1D7HA18P87S214049

| | |
|---|---|
| No. of Historical Events | 53 |
| Calculated Owners | 4 |
| Number of Accidents | 1 |

Last Reported Event Date: 01/28/2021
Last Reported Mileage: 76,826



**This vehicle's AutoCheck Score: 62**

Other comparable **2007** vehicles in the **Pickup - Full Sized** typically score between **69-82**.

Learn more about the AutoCheck Score

⚠  Major State Title Brand Check -                                             More info
    **Problem Reported**
    More info

ⓘ  Accident Check -                                                             More info
    **Information Reported(1)**
    More info

⚠  Damage Check -                                                               More info
    **Damage Reported**
    More info

✓  Odometer Check -                                                             More info
    **OK**
    More info

⚠  Other Title Brand and Specific Event Check -                                 More info
    **Problem Reported**
    More info

✓  Vehicle Usage Check -                                                        More info
    **Personal Use**
    More info

⚠  AutoCheck Buyback Protection -                                               More info
    **Does Not Qualify**
    More info

Click for AutoCheck Terms and Conditions

# CARFAX Vehicle History Report™

US $39.99

**2007 DODGE RAM 1500 ST/SLT**
VIN: 1D7HA18P87S214049
4 DOOR EXTENDED CAB PICKUP
4.7L V8 F
GASOLINE
REAR WHEEL DRIVE



| | |
|---|---|
| ⚠ | Branded Titles: Rebuilt, Salvage |
| 👥 | **4** Previous owners |
| 🛠 | **8** Service history records |
| 🏠 | Personal vehicle |
| 🌐 | Last owned in Florida |
| 🚙 | **67,573** Last reported odometer reading |



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/1/21 at 10:28:39 AM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History
The number of owners is estimated

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Year purchased | 2007 | 2017 | 2020 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 9 yrs. 10 mo. | 3 yrs. 4 mo. | 4 months |
| Owned in the following states/provinces | Florida, Florida | Florida | Florida |
| Estimated miles driven per year | See Details | --- | --- |
| Last reported odometer reading | 67,573 | --- | --- |

## CARFAX Title History
CARFAX guarantees the information in this section

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Alert! Problem Found | Alert! Problem Found | Alert! Problem Found |
| Not Actual Mileage \| Exceeds Mechanical Limits | No Problem | No Problem | No Problem |

 **ALERT!** - Severe problems were reported by a state Department of Motor Vehicles (DMV). This vehicle does not qualify for the CARFAX Buyback Guarantee.

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| **Total Loss** Total loss reported on 02/01/2017. | Total Loss Reported | No New Issues Reported | No New Issues Reported |
| **Structural Damage** CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | No Issues Reported | No Issues Reported | No Issues Reported |

| | | | |
|---|---|---|---|
| **Airbag Deployment** No airbag deployment reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| **Odometer Check** No indication of an odometer rollback. | ☑ No Issues Indicated | ☑ No Issues Indicated | ☑ No Issues Indicated |
| **Accident / Damage** DMV title problems reported. Accidents reported on: 01/02/2017, 02/01/2017 and 03/15/2017. Vehicle sold at a salvage auction on 03/15/2017. | Severe Damage | Severe Damage | Severe Damage |
| **Manufacturer Recall** No open recalls reported to CARFAX. | ☑ No Recalls Reported | ☑ No Recalls Reported | ☑ No Recalls Reported |
| **Basic Warranty** Original manufacturer warranty likely voided by manufacturer after vehicle was severely damaged. | Warranty Voided | Warranty Voided | Warranty Voided |

## CARFAX Detailed History

**Owner 1**  Personal Vehicle
Purchased: 2007   5,138 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 04/19/2007 | 7 | Florida Motor Vehicle Dept. | Vehicle purchase reported<br>- Titled or registered as personal vehicle |
| 04/26/2007 | | Arrigo Dodge Chrysler Jeep Ram West Palm<br>West Palm Beach, FL<br>855-705-6673<br>arrigopalmbeach.com<br>4.5 / 5.0<br>841 Verified Reviews | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Bed liner installed |
| 05/03/2007 | | Florida Motor Vehicle Dept.<br>West Palm Beach, FL<br>Title #0098293658 | Title issued or updated<br>- Title or registration issued<br>- First owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 05/22/2008 | 2,269 | Arrigo Dodge Chrysler Jeep Ram West Palm<br>West Palm Beach, FL<br>855-705-6673<br>arrigopalmbeach.com<br>4.5 / 5.0<br>841 Verified Reviews | Vehicle serviced<br>- Maintenance inspection completed<br>- Fluids checked<br>- Oil and filter changed<br>- Tires rotated |
| 09/05/2008 | | Florida Motor Vehicle Dept.<br>West Palm Beach, FL<br>Title #0098293658 | Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 08/12/2009 | | Florida Motor Vehicle Dept.<br>West Palm Beach, FL<br>Title #0098293658 | Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 01/12/2010 | 9,716 | Arrigo Dodge Chrysler Jeep Ram West Palm<br>West Palm Beach, FL<br>855-705-6673<br>arrigopalmbeach.com<br>4.5 / 5.0<br>841 Verified Reviews | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery replaced |
| 07/03/2011 | | Florida Motor Vehicle Dept.<br>West Palm Beach, FL<br>Title #0098293658 | Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 08/29/2011 | 20,144 | Arrigo Dodge Chrysler Jeep Ram<br>West Palm<br>West Palm Beach, FL<br>855-705-6673<br>arrigopalmbeach.com<br>4.5 / 5.0<br>841 Verified Reviews | Vehicle serviced<br>- Tires rotated<br>- Fluids checked<br>- Oil and filter changed |
| 02/18/2013 | 28,995 | Arrigo Dodge Chrysler Jeep Ram<br>West Palm<br>West Palm Beach, FL<br>855-705-6673<br>arrigopalmbeach.com<br>4.5 / 5.0<br>841 Verified Reviews | Vehicle serviced<br>- Fluids checked<br>- Oil and filter changed<br>- Tires rotated |
| 05/30/2013 | | Florida<br>Motor Vehicle Dept.<br>West Palm Beach, FL<br>Title #0098293658 | Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 08/22/2013 | | Dealer Inventory | Vehicle offered for sale |
| 08/26/2013 | 32,684 | Auto Auction | Listed as a dealer vehicle<br>- Vehicle sold |
| 08/29/2013 | | Dealer Inventory | Vehicle offered for sale |
| 09/06/2013 | 32,687 | Dealer Inventory | Vehicle offered for sale |
| 10/03/2013 | 32,705 | Kelly Ford Inc<br>Melbourne, FL<br>321-254-4283<br>kellyfordsales.com<br>4.6 / 5.0<br>208 Verified Reviews<br>♥ 2,925 Customer Favorites | Vehicle sold |

## Owner 2
Purchased: 2013                                                                 Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 10/03/2013 | | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 10/21/2013 | | Florida<br>Motor Vehicle Dept.<br>Palm Bay, FL<br>Title #0098293658 | Title issued or updated<br>- Registration issued or renewed<br>- New owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 01/21/2014 | | Tire Kingdom<br>Palm Bay, FL<br>321-723-9002<br>tirekingdom.com<br>4.6 / 5.0<br>14 Verified Reviews<br>♥ 45 Customer Favorites | Vehicle serviced<br>- Alignment performed |
| 05/22/2014 | | Tire Kingdom<br>Palm Bay, FL<br>321-723-9002<br>tirekingdom.com<br>4.6 / 5.0<br>14 Verified Reviews<br>♥ 45 Customer Favorites | Vehicle serviced<br>- Tire condition and pressure checked<br>- Tire repaired |
| 11/03/2014 | | Florida | Registration issued or renewed |

| | | | |
|---|---|---|---|
| | Motor Vehicle Dept.<br>Palm Bay, FL<br>Title #0098293658 | | - Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 10/31/2016 | Florida<br>Motor Vehicle Dept.<br>Palm Bay, FL<br>Title #0098293658 | | Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 01/02/2017 | Damage Report |  | **Accident reported**<br>- Damage to left front<br>- Damage to left rear<br>- Damage to rear<br>- Disabling damage reported<br>- Vehicle towed<br>- Airbags did not deploy<br><br>This incident was first available for display by CARFAX on 08/02/2017. |





**Damage Location**

FRONT

LEFT        RIGHT

REAR

| | | | |
|---|---|---|---|
| 02/01/2017 | Damage Report |  | Accident reported: minor to moderate damage<br>- Vehicle involved in a rear-end collision with another motor vehicle<br>- It hit construction equipment<br>- Damage to right rear<br>- Damage to rear<br>- Damage to front<br>- Damage to left rear<br>- Damage to undercarriage<br>- Disabling damage reported<br>- Vehicle towed<br>- Airbags did not deploy |

Damage Severity Scale



MINOR  MODERATE  SEVERE



Damage Location



FRONT

LEFT  RIGHT

REAR



| Date | Mileage | Source | Event |
|---|---|---|---|
| 02/01/2017 | | Florida<br>Damage Report |  **TOTAL LOSS VEHICLE**<br>- Vehicle declared a total loss by an insurance company<br>- Collision damage reported |
| | |  | There are many reasons an insurance company will declare a vehicle a total loss. Have this vehicle inspected by a qualified technician before you buy. Learn More |
| 02/14/2017 | | Florida<br>Motor Vehicle Dept.<br>Palm Bay, FL<br>Title #0098293658 | Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 03/08/2017 | | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 03/09/2017 | | Florida<br>Motor Vehicle Dept. | Title or registration issued to insurance company |
| 03/09/2017 | | Florida<br>Motor Vehicle Dept.<br>Orlando, FL<br>Title #0098293658 | **SALVAGE TITLE/CERTIFICATE ISSUED**<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 03/15/2017 | 67,370 | Auto Auction | Collision damage reported<br>- Sold at salvage auction |
| 05/01/2017 | 67,573 | Dayton Andrews Chrysler Jeep FIAT Inc.<br>Clearwater, FL<br>727-799-4539<br>daytonandrews.net/<br>4.5 / 5.0<br>209 Verified Reviews <br>691 Customer Favorites | Vehicle serviced<br>- Airbag system checked<br>- Right airbag assembly replaced |

### Owner 3
Purchased: 2017                                                                 Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/16/2017 | | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 05/18/2017 | | Florida<br>Motor Vehicle Dept.<br>Seminole, FL<br>Title #0098293658 | New owner reported<br>- REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 11/17/2017 | | Florida<br>Motor Vehicle Dept.<br>Seminole, FL<br>Title #0098293658 | REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 03/01/2019 | | Florida<br>Motor Vehicle Dept.<br>Seminole, FL<br>Title #0098293658 | REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 01/22/2020 | | Florida<br>Motor Vehicle Dept.<br>Saint Petersburg, FL<br>Title #0098293658 | REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Registration updated when owner moved the vehicle to a new location<br>- Vehicle color noted as Black |
| 09/25/2020 | | Florida<br>Motor Vehicle Dept.<br>Clearwater, FL<br>Title #0098293658 | Vehicle purchase reported<br>- REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |

### Owner 4
Purchased: 2020                                                                 Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 10/15/2020 | | Florida<br>Motor Vehicle Dept.<br>Clearwater, FL<br>Title #0098293658 | New owner reported<br>- REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 01/28/2021 | | Florida<br>Motor Vehicle Dept.<br>Clearwater, FL<br>Title #0098293658 | REBUILT TITLE ISSUED<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Exempt from odometer reporting<br>- Vehicle repossessed<br>- Vehicle color noted as Black |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More

Have Questions? Please visit our Help Center at www.carfax.com.

**CARFAX** Glossary

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2015 edition, 8% of the 254 million registered vehicles in the U.S. were involved in an accident in 2013. Over 74% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/1/21 at 10:28:39 AM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## Damage Indicator
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/1/21 at 10:28:39 AM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## Damage Severity
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

## First Owner
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

## New Owner Reported
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

## Ownership History
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

## Rebuilt/Reconstructed Title
A Rebuilt/Reconstructed vehicle is a salvage vehicle that has been repaired and restored to operation. These vehicles are often severely damaged before they are rebuilt and refurbished parts are typically used during reconstruction. In most states, an inspection of the vehicle is required before the vehicle is allowed to return to the road.

## Repossession
When a repossession occurs a vehicle owner fails to make loan payments, and the financial institution holding the title takes possession of the vehicle.

## Salvage Auction Record
Most vehicles sold at Salvage auctions were declared totaled by insurance companies. Most of these vehicles have sustained significant damage but there are some exceptions. For instance, recovered stolen vehicles are often declared a total loss regardless of the actual damage. Rebuilders and Recyclers purchase these vehicles at auction with intentions to rebuild them or dismantle them for parts.

## Salvage Title
A Salvage Title is issued on a vehicle damaged to the extent that the cost of repairing the vehicle exceeds approximately 75% of its pre-damage value. This damage threshold may vary by state. Some states treat Junk titles the same as Salvage but the majority use this title to indicate that a vehicle is not road worthy and cannot be titled again in that state. The following eleven states also use Salvage titles to identify stolen vehicles - AZ, FL, GA, IL, MD, MN, NJ, NM, NY, OK and OR.

## Title Issued
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

## Total Loss Vehicle
An insurance or fleet company declares a vehicle a total loss when a claim exceeds approximately 75% of its pre-damage value or if the vehicle is stolen and not recovered. This damage threshold varies by company. These companies typically take possession and obtain the title. Not all total loss vehicles result in a DMV-reported branded title. This may occur when an insurance company's definition of a total loss is different than the state DMV's definition for a branded title or when the owner of the vehicle is a self-insured company, like a fleet or rental company.

Follow Us:  facebook.com/CARFAX   @CARFAXinc   About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2021 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
3/1/21 10:28:39 AM (CST)