

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

---



US POSTAGE & FEES PAID  062S0001443348
PRIORITY MAIL  16164581
ZONE 1 FLAT-RATE ENVELOPE  FROM 33778
ComBasPrice

stamps endicia
06/29/2023

## USPS PRIORITY MAIL®

Dynamic Motors
12199 Seminole Blvd
Largo FL 33778-2834

SCREENED By USMS

SHIP TO:
District Court
Attn Case 8:23-CV-01307
801 N Florida Ave
Tampa FL 33602-3849

USPS TRACKING #



9405 5112 0620 3714 9624 36