**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN QUENTIN SIERRA,

    Plaintiff,

v.                                                                                Case No: 8:23-cv-1307-JSM-SPF

US ATLANTIC, LLC,

    Defendant.
_____

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that Tiffany Hartzog, Office Manager for US Atlantic, LLC, a Defendant corporation, filed a construed answer to the Complaint on July 3, 2023, without benefit of counsel (Dkt. 9). Local Rule 2.02(b)(2) states that: "A party, other than a natural person, can appear through the lawyer only." An LLC must be represented by counsel to defend a lawsuit. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *Energy Lighting Mgmt., LLC v. Kinder,* 363 F.Supp.2d 1331, 1332 (M.D. Fla. 2005); *FTC v. RCA Credit Servs., LLC,* 2010 WL 2927688, at *1 n. 4 (M.D. Fla. July 21, 2010).

Accordingly, it is ORDERED AND ADJUDGED that US Atlantic, LLC, the Defendant corporation, shall obtain counsel **within twenty (21) days** of the date of this Order. Counsel shall file a Notice of Appearance and Answer on behalf of the corporate Defendant. **Failure to timely do so shall result in Defendant's Answer being stricken without further notice.**

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of July, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
**US Atlantic, LLC**
c/o Tiffany Hartzog
12199 Seminole Blvd
Largo, FL 33778-2834