AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| JOHN QUENTIN SIERRA <br> *Plaintiff* <br> v. <br> US ATLANTIC, LLC., d/b/a DYNAMIC MOTORS <br> *Defendant* | Case No. 8:23-cv-01307 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US ATLANTIC, LLC., d/b/a DYNAMIC MOTORS

Date: 7-24-2023

*Attorney's signature*

Thomas R. Farrior, Esq. 111965
*Printed name and bar number*
One Tampa City Center
Suite 2000
201 N. Franklin Street
Tampa, FL 33602

*Address*

trf@macfar.com
*E-mail address*

(813) 273-4200
*Telephone number*

(813) 273-4396
*FAX number*