UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No:  8:23-cv-01307

JOHN QUENTIN SIERRA
an Individual,

    Plaintiff,

v.

US ATLANTIC, LLC
d/b/a DYNAMIC MOTORS,
A Florida limited liability company,

    Defendant.
_____/

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record including Joshua Feygin, Esq., SUE YOUR DEALER – A LAW FIRM, 1930 Harrison Street, Suite 208 F, Hollywood, Florida 33020, Josh@Sueyourdealer.com, Attorneys for Plaintiff, this 25th day of July 2023.

                                                   */s/ Thomas R. Farrior*
**Jeffrey W. Gibson, Esq.**
Florida Bar Number: 568074
**Thomas R. Farrior, Esq.**
Florida Bar Number: 111965
Primary email:     jg@macfar.com
                              trf@macfar.com
Secondary email:  ala@macfar.com
                              plb@macfar.com

**MACFARLANE FERGUSON & MCMULLEN**
201 N. Franklin Street, Suite 2000
Tampa, Florida 33602

Telephone: 813-273-4200
Fax:       813-273-4396
Attorneys for US ATLANTIC, LLC
d/b/a DYNAMIC MOTORS,
a Florida limited liability company