UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No:  8:23-cv-01307

JOHN QUENTIN SIERRA
An Individual,

    Plaintiff,

v.

US ATLANTIC, LLC
d/b/a DYNAMIC MOTORS,
A Florida limited liability company,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    Defendant, US ATLANTIC, LLC d/b/a DYNAMIC MOTORS, a Florida limited liability company, ("Defendant") by and through its attorneys, in accordance with Fed.R.Civ.P. 7.1 states as follows:

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in this outcome of this action –including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Macfarlane Ferguson & McMullen, as attorney of record for US Atlantic, LLC d/b/a Dynamic Motors

    b. Thomas R. Farrior, Esq. and Jeffrey W. Gibson, as attorneys of record for US Atlantic, LLLC D/B/A Dynamic Motors

    c. US Atlantic, LLC d/b/a Dynamic Motors, Defendant

    d. Sue Your Dealer – A Law Firm, as attorney of record for Plaintiff, John Quentin Sierra

    e. Joshua A. Feygin, Esq, as attorney of record for Plaintiff, John Quentin Sierra

    f. John Quentin Sierra, Plaintiff

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known at this time.

3.) The name of every entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known at this time.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    John Quentin Sierra

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None known at this time" if there is no actual or potential conflict of interest.

Dated: July 28, 2023

                                                */s/ Thomas R. Farrior*  
**Jeffrey W. Gibson, Esq.**  
Florida Bar Number: 568074  
**Thomas R. Farrior, Esq.**  
Florida Bar Number: 111965  
Primary email:    jg@macfar.com  
                              trf@macfar.com  
Secondary email:  ala@macfar.com  
                              plb@macfar.com  

**MACFARLANE FERGUSON & MCMULLEN**  
201 N. Franklin Street, Suite 2000  
Tampa, Florida 33602  
Telephone:  813-273-4200  
Fax:         813-273-4396  
Attorneys for US ATLANTIC, LLC d/b/a DYNAMIC MOTORS,  
a Florida limited liability company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record including Joshua Feygin, Esq., SUE YOUR DEALER – A LAW FIRM, 1930 Harrison Street, Suite 208 F, Hollywood, Florida 33020, Josh@Sueyourdealer.com, Attorneys for Plaintiff, this 28th day of July 2023.

                                                */s/ Thomas R. Farrior*  
**Thomas R. Farrior, Esq.**  
Florida Bar Number: 111965