UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN QUENTIN SIERRA,
An Individual,                                        Case No. 8:23-cv-01307

     Plaintiff,

vs.

US ATLANTIC, LLC,
d/b/a DYNAMIC MOTORS,
A Florida Limited Liability Company,

     Defendant(s).
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, JOHN QUENTIN SIERRA, respectfully requests a TWENTY (20) day extension of time within which to file his response to Defendant, US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS's, Motion to Dismiss (Doc. 14), through August 28, 2023. In support thereof, Plaintiff states the following:

1. On July 25, 2023, Defendant US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS, filed its Amended Motion to Dismiss (Doc. 14) ("Motion"), making Plaintiff's response due August 8, 2023.

2. The undersigned counsel has several deadlines for cases in federal and state court along with the pending deadline to respond to the Motion. Said deadlines and the undersigned's existing case load has been detrimentally impacted as a result of a recent knee injury which has forced him to work remotely and for limited hours.

3. In order to fully prepare and respond to the Motion, the undersigned requests a TWENTY (20) day extension of time.

4. This motion is made on good faith, no party will be prejudiced and there will be no undue delay by the relief requested.

5. The undersigned conferred with opposing counsel for Defendant US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS, who does not oppose the extension.

## Memorandum of Law in Support

As good cause has been shown and Defendant consents to the extension requested, Plaintiff respectfully requests an extension of time through August 28, 2023, to respond to Defendant's Motion. *See* Fed. R. Civ. P. 6(b).

## Certificate of Conferral Under Local Rule 3.01(g)

The Parties, through their respective counsel, have conferred regarding this motion on August 8, 2023. Defendant US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS consents to the extension requested.

Dated: August 8, 2023          Respectfully submitted,

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@Sueyourdealer.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to the following counsel of record:

**MacFarlane, Ferguson & McMullen, PA**
*Attorneys for Defendant*
JEFFREY W. GIBSON
201 N. Franklin Street
Suite 2000
Tampa, FL 33602
Tel: 813-273-4200
Fax: 813-273-4396
Attorney for Defendant

**MacFarlane, Ferguson & McMullen, PA**
*Attorneys for Defendant*
THOMAS RICHARD FARRIOR
201 N. Franklin Street
Suite 2000
Tampa, FL 33602
Tel: 813-273-4232
Attorney for Defendant

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685