UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN QUENTIN SIERRA,
An Individual,                                                            Case No. 8:23-cv-01307

     Plaintiff,
vs.

US ATLANTIC, LLC,
d/b/a DYNAMIC MOTORS,
A Florida Limited Liability Company,

     Defendant(s).
_____/

**<u>ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONDE TO DEFENDANT'S MOTION TO DISMSS</u>**

**THIS CAUSE** having come before the Court on Plaintiff's Unopposed Motion for Extension of Time (Doc. 18) to Respond to Defendant's Motion to Dismiss (Doc. 14).

This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Plaintiff shall have up to and through August 28, 2023 to respond to Defendant's Amended Motion to Dismiss (Doc. 14).

**DONE AND ORDERED** in Chambers at Tampa, Florida, on _____.

 

                                                                   _____
                                                                   **JUDGE JAMES S. MOODY, JR**
                                                                   **UNITED STATES DISTRICT JUDGE**

Cc: All parties of record