## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JOHN QUENTIN SIERRA,
An Individual,                                    Case No. 8:23-cv-01307

      Plaintiff,

vs.

US ATLANTIC, LLC,
d/b/a DYNAMIC MOTORS,
A Florida Limited Liability Company,

      Defendant(s).
_____/

## <u>PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

**COME NOW**, JOSHUA FEYGIN, ESQ. along with the firm of SUE YOUR DEALER – A LAW FIRM, and hereby files this Motion to Withdraw a Counsel for Plaintiff, JOHN QUENTIN SIERRA ("Plaintiff") and in support thereof state as follows:

1.    Plaintiff and his attorney have irreconcilable differences such that the Florida Bar rules make withdrawal the only option available.

2.    The undersigned attorney and law firm respectfully request that this Court approve this motion to withdraw.

3.    Plaintiff has been notified that the undersigned is withdrawing. Plaintiff is also being contemporaneously served with a copy of this motion by First Class Mail and via e-mail.

4.   Plaintiff's counsel has also notified opposing counsel.

5.   Plaintiff's current mailing address is: 1731 Townsend Street, Clearwater, Florida 33765.

### Certificate of Conference Under Local Rule 7.1(a)(3)

The Parties, through their respective counsel, have conferred regarding this motion on August 25, 2023. Defendant does not oppose the Motion.

**WHEREFORE**, JOSHUA FEYGIN, ESQ., and the firm of SUE YOUR DEALER – A LAW FIRM, respectfully requests this Honorable Court to grant this motion allowing the aforementioned counsel and firm to withdraw as counsel for Plaintiff and relieve the same from any and all responsibilities hereto.

Dated: August 27, 2023          Respectfully submitted,

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@Sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record. In addition, the same has been mailed via USPS First Class Mail to Plaintiff, John Quinton Sierra at 1731 Townsend Street, Clearwater, Florida 33765 and dispatched via email to: <u>Quentinsierra1@gmail.com</u> with a copy to john.mrbmaint@gmail.com.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685