# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

JOHN QUENTIN SIERRA,
An Individual,                                        Case No. 8:23-cv-01307

      Plaintiff,

vs.

US ATLANTIC, LLC,
d/b/a DYNAMIC MOTORS,
A Florida Limited Liability Company,

      Defendant(s).
_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**UPON CONSIDERATION** of Joshua Feygin, Esq., and the law office of

SUE YOUR DEALER – A LAW FIRM's ("Counsel") Motion to Withdraw (Doc.

21) as counsel for Plaintiff, JOHN QUENTIN SIERRA, and for good cause shown,

it is:

**ORDERED AND AJUDGED** that the motion is **GRANTED** as follows:

Counsel is relieved of and from any further responsibility from this Action.

**DONE AND ORDERED** in Chambers at Tampa, Florida, on

_____.

_____
**JUDGE JAMES S. MOODY**
**UNITED STATES DISTRICT JUDGE**

Cc: All parties of record