UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN QUENTIN SIERRA,
An Individual,                                        Case No. 8:23-cv-01307

      Plaintiff,
vs.

US ATLANTIC, LLC,
d/b/a DYNAMIC MOTORS,
A Florida Limited Liability Company,

      Defendant(s).
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED MOTION TO DISMISS**

      Plaintiff, JOHN QUENTIN SIERRA, respectfully requests a THIRTY (30) day extension of time within which to file his response to Defendant, US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS's, Amended Motion to Dismiss (Doc. 14), through August 28, 2023. In support thereof, Plaintiff states the following:

      1.    On July 25, 2023, Defendant US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS, filed its Amended Motion to Dismiss (Doc. 14) ("Motion"), making Plaintiff's response due August 8, 2023.

      2.    This Court granted the Plaintiff's Motion for Extension of Time to Respond to the Amended Complaint making the new deadline for a response August 28, 2023. (Doc. 18).

3. More recently, irreconcilable differences have developed between the undersigned and Plaintiff making continued representation in this matter unfeasible.

4. Contemporaneously with the filing of the instant motion, the undersigned has also filed a Motion to Withdraw to be excused from any further representation in this action.

5. As a result, the undersigned respectfully requests that the Plaintiff be provided a THIRTY (30) day extension of time within which to obtain counsel and respond to the pending Motion.

6. This motion is made on good faith, no party will be prejudiced and there will be no undue delay by the relief requested.

### Memorandum of Law in Support

7. As good cause has been shown and Defendant consents to the extension requested, Plaintiff respectfully requests an extension of time through September 24, 2023, to respond to Defendant's Motion. *See* Fed. R. Civ. P. 6(b).

### Certificate of Conferral Under Local Rule 3.01(g)

8. The Parties, through their respective counsel, have conferred regarding this motion on August 25, 2023. Defendant US ATLANTIC, LLC, d/b/a DYNAMIC MOTORS does not oppose an extension but objects to the requested amount of time.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to grant this motion and afford the Plaintiff up to and through September 24, 2023 to respond

to the amended motion to dismiss.

   Dated: August 27, 2023            Respectfully submitted,

                                        /s/ Joshua E. Feygin
                                        JOSHUA FEYGIN, ESQ.
                                        FL Bar No.: 124685
                                        Email: Josh@Sueyourdealer.com
                                        SUE YOUR DEALER – A LAW FIRM
                                        1930 Harrison St, Suite 208F
                                        Hollywood, FL 33020
                                        Tel: (954) 228-5674
                                        Fax: (954) 697-0357

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record. In addition, the same has been mailed via USPS First Class Mail to Plaintiff, Quinton Sierra at 1731 Townsend Street, Clearwater, Florida 33765 and dispatched via email to: Quentinsierra1@gmail.com with a copy to john.mrbmaint@gmail.com.

                                        /s/ Joshua E. Feygin
                                        JOSHUA FEYGIN, ESQ.
                                        FL Bar No.: 124685