# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

JOHN QUENTIN SIERRA,
An Individual,　　　　　　　　　　　　　Case No. 8:23-cv-01307

　　　Plaintiff,
vs.

US ATLANTIC, LLC,
d/b/a DYNAMIC MOTORS,
A Florida Limited Liability Company,

　　　Defendant(s).
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED MOTION TO DISMISS

**UPON CONSIDERATION** of Plaintiff, JOHN QUINTON SIERRA's Motion for Extension of Time to Respond to Defendant's Amended Motion to Dismiss (Doc. 21) and for good cause shown, it is:

**ORDERED AND AJUDGED** that the motion is **GRANTED** as follows:

Plaintiff shall have up to and through September 24, 2023 to respond to the Defendant's Amended Motion to Dismiss. (Doc. 14).

**DONE AND ORDERED** in Chambers at Tampa, Florida, on _____.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**JUDGE JAMES S. MOODY**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Cc: All parties of record