# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN QUENTIN SIERRA,

    Plaintiff,

v.                                                   Case No: 8:23-cv-1307-JSM-SPF

US ATLANTIC, LLC,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion to Withdraw as Counsel (Dkt. 20). In the Motion, Plaintiff's Counsel, Joshua Feygin, Esq. of the firm of Sue Your Dealer – A Law Firm, asks to withdraw due to irreconcilable differences. Plaintiff has expressly consented to the withdrawal. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Motion to Withdraw as Counsel for Plaintiff (Dkt. 20) is GRANTED.

2. Joshua Feygin, of the firm of Sue Your Dealer – A Law Firm is relieved as counsel for Plaintiff John Quentin Sierra in this matter.

3. Attorney Feygin is **DIRECTED** to forward a copy of this Order to John Quentin Sierra.

4. The Clerk is directed to update the mailing address for Plaintiff to: 1731 Townsend Street, Clearwater, Florida 33765.

5. John Quentin Sierra shall have thirty (30) days to file a notice of appearance of new counsel or notify the Court that he will proceed *pro se*. **Failure to file a notice of appearance of new counsel or to proceed *pro se* within the time prescribed may result in the dismissal of this action for lack of prosecution.**

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record