UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN QUENTIN SIERRA
an Individual,

    Plaintiff,                                        Case No:  8:23-cv-01307

v.

US ATLANTIC, LLC
d/b/a DYNAMIC MOTORS,
A Florida limited liability company

    Defendant.
_____/

## NOTICE OF NON-COMPLIANCE

COMES NOW, Defendant, US ATLANTIC, LLC d/b/a DYNAMIC MOTORS ("US ATLANTIC"), a Florida limited liability company, by and through its undersigned counsel of record, and hereby files this Notice of Non-Compliance. In support thereof, US ATLANTIC would respectfully request that the Court take notice of the following::

1.    On August 8, 2023, the Court entered an Order on Plaintiff's Motion for Extension of Time [D.E. 18], granting Plaintiff through August 28, 2023 to respond to Defendant's Amended Motion to Dismiss [D.E. 19].

2. On August 27, 2023 Plaintiff filed an Unopposed Motion to Withdraw as Counsel [D.E. 20] and an Unopposed Motion for Extension of Time to Respond to Amended Motion to Dismiss [D.E. 21].

3. On August 28, 2023, an Order granting Plaintiff's Unopposed Motion to Withdraw as Counsel was entered, which stated in paragraph 5 "**Plaintiff shall have thirty (30) days to file a Notice of Appearance of new counsel or notify the Court that he will proceed *pro se*. Failure to file a Notice of Appearance of new counsel or to proceed *pro se* within the time prescribed may result in the dismissal of this action for lack of prosecution**" [D.E. 22]. Thereby giving Plaintiff through September 27, 2023 to comply with such Order.

4. Likewise, on August 28, 2023, this Court also entered an Order granting Plaintiff's second Motion for Extension of Time of File Response, granting Plaintiff up to and through September 25, 2023 to respond to Defendant's Amended Motion to Dismiss [D.E. 23].

5. As of the date of filing this Notice, the deadlines established by both Orders (i.e. [D.E. 22] and [D.E. 23]) have passed and Plaintiff has failed to comply with either order.

Respectfully submitted this 29th day of September, 2023.

        */s/ Thomas R. Farrior*
        **Jeffrey W. Gibson, Esq.**
        Florida Bar Number: 568074
        **Thomas R. Farrior, Esq.**

|  |  |
|---|---|
| Florida Bar Number: | 111965 |
| Primary email: | jg@macfar.com |
|  | trf@macfar.com |
| Secondary email: | ala@macfar.com |
|  | plb@macfar.com |

**MACFARLANE FERGUSON & MCMULLEN**
201 N. Franklin Street, Suite 2000
Tampa, Florida 33602
Telephone:  813-273-4200
Fax:          813-273-4396
Attorneys for US ATLANTIC, LLC.
d/b/a DYNAMIC MOTORS,
a Florida limited liability company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant US ATLANTIC, LLC.'s Notice of Non-Compliance was filed through CM/ECF and served by mail to John Quentin Sierra, *Pro Se*, 1731 Townsend Street, Clearwater, Florida 33765, this 29th day of September 2023.

*/s/ Thomas R. Farrior*
**Thomas R. Farrior, Esq.**
Florida Bar Number: 111965